**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Duvall HUCKS, Defendant–Appellant.**

**No. 01–7540.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 30, 2002.

Decided March 11, 2002.

Duvall Hucks, Appellant Pro Se. Barbara Suzanne Skalla, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before LUTTIG, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Duvall Hucks seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Hucks,* Nos. CR–95–267–AW; CA–00–

---

* Upon review of the entire record, we reject all of Hucks' claims concerning an alleged con-

2970–AW (D.Md. Aug. 28, 2001). We deny Hucks' Motion Pursuant to Fed.R.Crim.P. 12(b)(2). *United States v. Kinter,* 235 F.3d 192, 199–201 (4th Cir.2000), *cert. denied,* 532 U.S. 937, 121 S.Ct. 1393, 149 L.Ed.2d 316 (2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

flict of interest on the part of his first counsel.